MALVINA COOPER, Appellant, v. MORRIS E. GOSSETT, Respondent.

(Submitted October 2, 1933; decided October 4, 1933.)

*Morris E. Gossett* for motion.
*Samuel W. Dorfman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

MAURICE V. GENEZ, Appellant, v. THE UNION MARINE INSURANCE COMPANY, LTD., Respondent, Impleaded with Another.

(Submitted October 2, 1933; decided October 10, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 121.)